**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RICARDO ANAYA, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC, et al.,<br><br>    Defendants. | Case No. 1:14-cv-05703 |
| ROBERT HEBRON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECTV, INC., et al.<br><br>    Defendants. | Case No. 1:14-cv-8155 |

**PLAINTIFFS' UNCONTESTED MOTION FOR LEAVE TO FILE OVERSIZED COMBINED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS FIRST AMENDED COMPLAINTS (*Anaya*, Doc. 94 and 100; *Hebron*, Doc. 62 and 76)**

  Plaintiffs, pursuant to Local Rule 7.1, hereby move this Court for leave granting Plaintiffs' request to file an oversized Combined Opposition to Defendants' Motions to Dismiss (*Anaya*, Doc. 94 and 100; *Hebron*, Doc. 62 and 76). In support of this Motion, Plaintiffs state:

  1. On April 21, 2015, pursuant to Local Rule 40.4, the Court entered a Finding of Relatedness between *Anaya* and *Hebron*, reassigning *Hebron* from Judge Durkin to Judge Darrah, the judge presiding over *Anaya*. *Hebron* Doc. 57. On April 28, 2015, after a status hearing, the Court dismissed Defendants' individual motions to dismiss the *Anaya* and *Hebron*

1

First Amended Complaints, without prejudice, and asked that Defendants coordinate among themselves and file consolidated motions. *Anaya* Doc. 90; *Hebron* Doc. 60.

2. On June 1, 2015, Defendants DIRECTV and DirectSat filed separate Motions to Dismiss and Memorandum in support in *Anaya* (Docs. 95 and 100) and *Hebron* (Docs. 63 and 77), each in excess 25 pages in length, for a total of over 100 pages.

3. Local Rule 7.1 provides the briefs in support of any motions not exceed fifteen (15) double-spaced pages without prior approval of the Court. N.S. Ill. L.R. 7.1.2015.

4. In the interests of efficiency and judicial economy, Plaintiffs propose to file a Combined Opposition to Defendants' Motions to Dismiss totaling 34 pages in length.

5. Plaintiffs respectfully request this Court's order granting Plaintiffs a page extension of this Court's 15-page limit pertaining to response briefs set forth in L.R. 7.1. If granted, Plaintiffs' Memorandum in support of their Combined Opposition to Defendants' Motions to Dismiss will total no more than 34 pages.

6. Pursuant to this Court's practices and procedures, the undersigned certifies that Plaintiffs' counsel communicated with Defense counsel regarding their position on Plaintiffs' request. Defendants do not object to Plaintiffs' request for additional pages in its brief supporting their Opposition to Defendants' Motions to Dismiss.

WHEREFORE, pursuant to L.R. 7.1, Plaintiffs respectfully request that the Court grant its motion and grant leave to file a brief in excess of fifteen (15) pages in filing its Memorandum in Support of their Opposition to Defendants' Motions to Dismiss.

Dated: July 1, 2015          Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By: /s/ Ryan D. O'Dell
Ryan D. O'Dell
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: odell@stuevesiegel.com

George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com

**WERMAN SALAS, P.C.**
Douglas Werman
77 W. Washington Street, Suite 1402
Chicago, IL 60602
Telephone: 312-419-1008
Facsimile: 312-419-1025
Email: dwerman@flsalaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Ryan D. O'Dell
*Attorney for Plaintiff*