**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RICARDO ANAYA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECTV, LLC. <br> and DIRECTSAT USA, LLC <br><br> Defendants. | CASE NO. 1:14-CV-05703 |
| ROBERT HEBRON, et. al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRECTV, LLC, et. al., <br><br> Defendants. | CASE NO. 1:14-CV-8155-TMD |

**PLAINTIFFS' CONDITIONAL MOTION TO SEEK LEAVE TO AMEND SHOULD COURT GRANT DEFENDANTS' MOTIONS TO DISMISS (*Anaya*, Doc. 94 and 100; *Hebron*, Doc. 62 and 76) PLAINTIFFS' FIRST AMENDED COMPLAINT AND <u>MEMORANDUM IN SUPPORT</u>**

Should the Court grant, in whole or in part, any of Defendants' four Motions to Dismiss (*Anaya*, Doc. 94 and 100; *Hebron*, Doc. 62 and 76), Plaintiffs hereby request that the Court permit Plaintiffs thirty (30) days to file a motion for leave to amend pursuant to Rule 15(a)(2). This motion is submitted out of an abundance of caution and in light of precedent suggesting that merely including a request for leave to amend within a responsive brief may not be sufficient to preserve the request. *See Evans v. Pearson Enterprises, Inc.*, 434 F.3d 839, 853 (6th Cir. 2006) (holding district court did not abuse its discretion by denying plaintiffs' request for leave to

1

amend, which was contained in one sentence in responsive briefing, because request was not clearly presented as a distinct motion).

In support, Plaintiffs state amendment of the operative complaint would not be futile. Given the judicial preference for resolving claims on their merits, Plaintiffs therefore request that, if the Court grants Defendants' Motions to Dismiss (*Anaya*, Doc. 94 and 100; *Hebron*, Doc. 62 and 76), the Court simultaneously permit Plaintiffs to cure any deficiencies the Court may identify by allowing Plaintiffs thirty (30) days within which to seek leave to amend their Complaint pursuant to Rule 15(a).

Dated: July 1, 2015

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**
s/George A. Hanson
George A. Hanson, *admitted PHV*
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    816-714-7100
Facsimile:    816-714-7101
Email:  hanson@stuevesiegel.com

Ryan D. O'Dell, *admitted PHV*
STUEVE SIEGEL HANSON LLP
500 West C Street, Suite 1750
San Diego, California 92101
Telephone:    619-400-5822
Facsimile:    619-400-5832
Email: odell@stuevesiegel.com

Douglas M. Werman
**WERMAN SALAS P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL  60602
Tel: 312-419-1008
Email:  dwerman@flsalaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        s/George A. Hanson
        George A. Hanson, *admitted PHV*
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        Telephone:   816-714-7100
        Facsimile:   816-714-7101
        Email: hanson@stuevesiegel.com

        Ryan D. O'Dell, *admitted PHV*
        STUEVE SIEGEL HANSON LLP
        500 West C Street, Suite 1750
        San Diego, California 92101
        Telephone:   619-400-5822
        Facsimile:   619-400-5832
        Email: odell@stuevesiegel.com

*Attorney for Plaintiffs*