**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RICARDO ANAYA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTV, LLC.<br>and DIRECTSAT USA, LLC<br><br>Defendants. | CASE NO. 1:14-CV-05703 |
| ROBERT HEBRON, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTV, LLC, et. al.,<br><br>Defendants. | CASE NO. 1:14-CV-8155-TMD |

**NOTICE OF MOTION**

TO:  Colin Dougherty
Alexa Santora
Zachary Arbitman
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
PO Box 3001
Blue Bell, PA 19422

Jason S. Dubner
Ursual A. Taylor
Emily G. Fottier Goebel
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602

*Attorneys for Directv LLC and DirectSat USA LLC*

Elizabeth B. McRee
Jones Day
77 West Wacker Drive
Chicago, IL 60601

Patricia J. Martin
Littler Mendelson PC
One Metropolitan Square
211 North Broadway
Suite 1500
St. Louis, MO 63102

*Attorneys for Directv LLC*

Mark A. Bradford
Michael Tiliakos
Natalie Hrubos
Duane Morris LLP
1540 Broadway
New York, NY 10036

*Attorneys for Multiband Corp.*

1

PLEASE TAKE NOTICE that on Tuesday, July 7, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him at the Everett J. Dirksen Building, 219 South Dearborn, Room 1203, Chicago, Illinois, and then and there present Plaintiffs' Uncontested Motion to File an Oversized Brief.

Dated: July 1, 2015         Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By: /s/ Ryan D. O'Dell
Ryan D. O'Dell
500 West C Street, Suite 1750
San Diego, California 92101
Telephone: 619-400-5822
Facsimile: 619-400-5832
Email: odell@stuevesiegel.com

George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:816-714-7100
Facsimile: 816-714-7101
Email: hanson@stuevesiegel.com

**WERMAN SALAS, P.C.**
Douglas Werman
77 W. Washington Street, Suite 1402
Chicago, IL 60602
Telephone: 312-419-1008
Facsimile: 312-419-1025
Email: dwerman@flsalaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ryan D. O'Dell
*Attorney for Plaintiff*