**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| RICARDO ANAYA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTV, LLC.<br>and DIRECTSAT USA, LLC<br><br>Defendants. | CASE NO. 1:14-CV-05703 |
| ROBERT HEBRON, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DIRECTV, LLC, et. al.,<br><br>Defendants. | CASE NO. 1:14-CV-8155-TMD |

**NOTICE OF MOTION**

TO:  Colin Dougherty
Alexa Santora
Zachary Arbitman
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
PO Box 3001
Blue Bell, PA 19422

Jason S. Dubner
Ursual A. Taylor
Emily G. Fottier Goebel
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602

*Attorneys for Directv LLC and DirectSat USA LLC*

Elizabeth B. McRee
Jones Day
77 West Wacker Drive
Chicago, IL 60601

Patricia J. Martin
Littler Mendelson PC
One Metropolitan Square
211 North Broadway
Suite 1500
St. Louis, MO 63102

*Attorneys for Directv LLC*

Mark A. Bradford
Michael Tiliakos
Natalie Hrubos
Duane Morris LLP
1540 Broadway
New York, NY 10036

*Attorneys for Multiband Corp.*

   PLEASE TAKE NOTICE that on Tuesday, July 7, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his stead, in the courtroom usually occupied by him at the Everett J. Dirksen Building, 219 South Dearborn, Room 1203, Chicago, Illinois, and then and there present Plaintiffs' Conditional Motion to File an Amended Complaint should the Court Grant Defendants' Motions to Dismiss.

Dated: July 1, 2015        Respectfully submitted,

           **STUEVE SIEGEL HANSON LLP**

          By: /s/ Ryan D. O'Dell
            Ryan D. O'Dell
            500 West C Street, Suite 1750
            San Diego, California 92101
            Telephone: 619-400-5822
            Facsimile: 619-400-5832
            Email: odell@stuevesiegel.com

            George A. Hanson
            460 Nichols Road, Suite 200
            Kansas City, Missouri 64112
            Telephone:816-714-7100
            Facsimile: 816-714-7101
            Email: hanson@stuevesiegel.com

            **WERMAN SALAS, P.C.**
            Douglas Werman
            77 W. Washington Street, Suite 1402
            Chicago, IL 60602
            Telephone: 312-419-1008
            Facsimile: 312-419-1025
            Email: dwerman@flsalaw.com

            *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Ryan D. O'Dell
*Attorney for Plaintiff*