IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT HEBRON, ANTHONY HARRIS, DAVID KAUCHAK, RODNEY MEELEY, LONNY SAMPSON, and RICHARD STROENING,<br><br>**Plaintiffs,**<br><br>v.<br><br>DIRECTV, LLC and DIRECTSAT USA, LLC,<br><br>**Defendants.** | Case No. 1:14-cv-08155<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT** |

For the reasons set forth in Plaintiffs' Memorandum in Support of Plaintiff's Unopposed Motion to Approve FLSA Settlement, the Declaration of George A. Hanson, and the supporting exhibits, Plaintiffs Robert Hebron, Anthony Harris, David Kauchak, Rodney Meeley, Lonny Sampson, and Richard Stroening, by and through their undersigned counsel, respectfully request that the Court enter an Order:

(1) Finding that the settlement agreements reached between the parties represents a fair and reasonable resolution of bona fide disputes as to liability under the Fair Labor Standards Act ("FLSA");

(2) Finding that the settlement was the result of years of litigation over several uncertain legal and factual issues, and was procured after arm's-length negotiations involving a respected, third-party mediator;

(3) Granting Plaintiffs' Motion to Approve FLSA Settlement;

(4) Approving the settlement agreements submitted contemporaneously with Plaintiffs' motion; and

(5) Dismissing this action with prejudice.

Dated: May 1, 2018                Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

By: _____/s/ George Hanson_____

George A. Hanson, *Admitted Pro Hac Vice*
MO Bar No. 43450
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:     816-714-7100
Facsimile:      816-714-7101
Email:  hanson@stuevesiegel.com

**LEAR WERTS LLP**
Todd C. Werts, Admitted Pro Hac Vice
2003 W. Broadway, Suite 107
Columbia, Missouri 65203
Telephone:     573-875-1991
Facsimile:      573-875-1985
Email: werts@learwerts.com

**WERMAN SALAS P.C.**
Douglas M. Werman
Maureen Ann Salas
77 W. Washington Street, Suite 1402
Chicago, IL  60602
Tel: 312-419-1008
Email: dwerman@flsalaw.com
Email: msalas@flsalaw.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 1, 2018, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/George A. Hanson