# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Robert Hebron, et al.

                     Plaintiff,

v.                                Case No.: 1:14–cv–08155
                                Honorable Matthew F. Kennelly

Directv, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 7, 2018:

       MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' unopposed motion to approve FLSA settlement is granted [234], and the hearing date of 5/8/2018 is vacated. The Court finds that the settlement agreements reached by the parties represent fair and reasonable resolutions of bona fide disputes under the FLSA, obtained after arm's length negotiations involving a respected, third part mediator. The case is dismissed with prejudice pursuant to the parties' settlement agreements. The hearing date of 5/8/2018 is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.